AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00112 |
| Steve Saxiones | ) Assigned To : Judge Moxila A. Upadhyaya |
| | ) Assign. Date : 3/26/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  Steve Saxiones,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 111(a)(1) - Assault on a Federal Officer,
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4) - Act of Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Grounds or any of the Capitol Buildings.

Date:  03/26/2024

*M.A. Upa[signature]*
Issuing officer's signature

City and state:  Washington, D.C.   Moxila A. Upadhyaya, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 3-26-24, and the person was arrested on (date) 4-3-24
at (city and state) Cedar Hill, TX

Date:  4-3-24

*[signature]*
Arresting officer's signature

Kevin Yabrini, SA
Printed name and title